

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00170-CR

DAVID DEWAYNE GORDON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1524841

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

David Dewayne Gordon has filed a motion to dismiss this appeal. The motion was signed by both Gordon and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:     January 31, 2017
Date Decided:     February 1, 2017

Do Not Publish

2